■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE BURRELL, Appellant.— Motion by appellant to dispense with printing on his appeal from an order, dated December 6, 1960, denying, without a hearing, his *coram nobis* application. Motion denied. The papers submitted on this motion show no merit in the appeal. The issues sought to be raised are the same as those passed upon by this court on another appeal by this appellant from another order dated April 17, 1953, denying a previous *coram nobis* application

made by him (see *People* v. *Burrell,* 283 App. Div. 804). Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.